FAGEN FRIEDMAN & FULFROST, LLP
David R. Mishook, SBN 273555
dmishook@f3law.com
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BONNIE SAAR and M.S., a minor and through his guardian ad litem BONNIE SAAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. TBD<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a)**<br><br>Trial Date:　　　None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Oakland Unified School District ("District") hereby removes to this Court the state action described below.

1. On December 23, 2020, Plaintiffs Bonnie Saar and M.S., a minor and through his guardian ad litem Bonnie Saar ("Plaintiffs") initiated an action in the Superior Court of the State of California for the County of Alameda, entitled *Bonnie Saar and M.S., a minor and through his guardian ad litem Bonnie Saar v. Oakland Unified School District*, Case RG20084610 ("the Action"). A copy of the Alameda Superior Court docket as of March 10, 2021 is attached as Exhibit A;

2. On December 23, 2020, Plaintiffs filed the Complaint. A copy of the Complaint is attached hereto as Exhibit B;

Case No.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a)

3. On January 26, 2021, the Alameda County Superior Court appointed Plaintiff Bonnie Saar as *guardian ad litem* for Plaintiff M.S. A copy of that order, redacted in accordance with Federal Rule of Civil Procedure 5-2, is attached hereto as Exhibit C;

4. The District was served with copies of the Summons and Complaint on February 8, 2021 through Notice and Acknowledgment. A copy of the Summons and acknowledgment is attached hereto as Exhibit D;

5. The Complaint brought claims under Section 504 of the Rehabilitation Act of 1973 ("Section 504") and Americans with Disabilities Act ("ADA"), as well as various state law claims; (*See* Exh. B)

6. This Court has federal subject matter jurisdiction over the Section 504 and ADA claims pursuant to 28 U.S.C. § 1331, which may be removed to this Court under 28 U.S.C. § 1441(a);

7. This Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over the state law claims in this civil action because each is related to the claims brought by Plaintiff for violation of the ADA and Section 504, such that they constitute the same case or controversy;

8. This Notice of Removal is timely because it is filed no more than thirty days from February 8, 2021. *See* 28 U.S.C. § 1446(b)(1);

9. This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California, County of Alameda.

Wherefore, Defendants remove the above Action pending before the Superior Court of the State of California, County of Alameda to the United States District Court for the Northern District of California.

/ / /

/ / /

/ / /

/ / /

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510-550-8200 • Fax 510-550-8211

| | |
|---|---|
| DATED: March 10, 2021 | FAGEN FRIEDMAN & FULFROST, LLP |
| | By: /s/ David R. Mishook |
| | David R. Mishook |
| | Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT |