Michael L. Schrag (SBN 185832)
Steven M. Tindall (SBN 187862)
Linda P. Lam (SBN 301461)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
smt@classlawgroup.com
lpl@classlawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bonnie Saar and M.S., a minor and through his guardian ad litem Bonnie Saar, <br><br> Plaintiffs, <br><br> v. <br><br> Oakland Unified School District, <br><br> Defendant. | Case No. 21-cv-01690-KAW <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that this action is dismissed in its entirety with prejudice. This notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 11, 2022

/s/ Linda P. Lam
**GIBBS LAW GROUP LLP**
Michael L. Schrag (SBN 185832)
Steven M. Tindall (SBN 187862)
Linda P. Lam (SBN 301461)
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone:  510-350-9700
Facsimile:  510-350-9701
mls@classlawgroup.com
smt@classlawgroup.com
lpl@classlawgroup.com

*Attorneys for Plaintiffs*